IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ROY GRAY                                                                                    PLAINTIFF


v.                                            Case No. 6:20-cv-06034


VERONIQUE MOORE                                                                DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed October 6, 2021, by the Honorable Barry

A. Bryant, United States Magistrate Judge for the Western District of Arkansas.  (ECF No. 31).  Plaintiff

proceeds in this 42 U.S.C. § 1983 action *pro se* and *in forma pauperis*.  Judge Bryant recommended that

that the Clerk be directed to enter a Clerk's Order of Default against Defendant Moore and that a hearing

be set pursuant to Fed. R. Civ. P. 55(b)(2) to permit Plaintiff to present evidence of his damages prior to

the entry of a Default Judgment.

Neither party has filed objections to the Report and Recommendation, and the time to object has

passed.  *See* 28 U.S.C. § 636(b)(1).  Upon review, the Court finds that the report is without clear error and

should be and hereby is adopted *in toto*.  Accordingly, it the Clerk is **DIRECTED** to enter a Clerk's Order

of Default against Defendant Moore.  A separate order will follow the Clerk's order and will set a hearing

pursuant to Fed. R. Civ. P. 55(b)(2), to permit Plaintiff to present evidence of his damages prior to the entry

of a Default Judgment.

**IT IS SO ORDERED** this 9th day of November 2021.


.                                             /s/ *Robert T. Dawson*
                                              **ROBERT T. DAWSON**
                                              **SENIOR U.S. DISTRICT JUDGE**

1