IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ROY GRAY            PLAINTIFF

v.         Case No. 6:20-cv-06034

VERONIQUE MOORE (Former Arkansas            DEFENDANT
Division of Correction Corporal)

**ORDER**

    Before the Court is the Report and Recommendation filed September 28, 2021, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 64). Plaintiff proceeds in this 42 U.S.C. § 1983 action *pro se* and *in forma pauperis*. Judge Bryant recommended that a default judgment be entered in favor of Plaintiff against Defendant Veronique Moore in the amount of $10,000, plus costs.[1]

    Neither party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court finds that the report is without clear error and should be and hereby is adopted *in toto*. Accordingly, **DEFAULT JUDGMENT** is entered in favor of Plaintiff against Defendant Veronique Moore in the amount of $10,000, plus costs.

    **IT IS SO ORDERED** this 20th day of October 2022.

.

/s/ *Robert T. Dawson*
**ROBERT T. DAWSON**
**SENIOR U.S. DISTRICT JUDGE**

---

[1] Plaintiff proceeded IFP as a prisoner and has paid all court costs due for this case.

1